

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

**O R D E R**

On May 26, 2015, the court reporter filed a notification of late record stating that the appellant owes $604 for preparation of the reporter's record. Appellant filed a response indicating that after paying the court reporter $300 on December 11, 2014, he has yet to receive an itemized invoice for the remaining balance. Appellant asserts that he "is not withholding payment" and is willing to pay the remaining balance owed on the fee for preparing the reporter's record once he receives an itemized invoice with the rates and fees of what he is being billed for.

The court reporter, Ms. Gay Richey, is ORDERED to provide written proof to this court that she has provided appellant with an itemized invoice as requested by appellant within five days of the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court